FILED 19 MAY '22 16:37 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**

**v.**

**ULISES ECHEVARRIA-MOLINA,**

**Defendant.**

**3:22-cr-00192-MO**

**INDICTMENT**

**21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)**
**21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)(II)**
**18 U.S.C. § 924(c)(1)(A)(i)**

**Forfeiture Allegations**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(vi))**

On or about May 18, 2021, in the District of Oregon, the defendant, **ULISES ECHEVARRIA-MOLINA,** did unlawfully and knowingly possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance. The grand jury further charges that this violation involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

**COUNT 2**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about May 18, 2021, in the District of Oregon, the defendant, **ULISES ECHEVARRIA-MOLINA**, did unlawfully and knowingly possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. The grand jury further charges that this violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

**COUNT 3**
**(Possession with Intent to Distribute Cocaine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)(II))**

On or about May 18, 2021, in the District of Oregon, the defendant, **ULISES ECHEVARRIA-MOLINA**, did unlawfully and knowingly possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. The grand jury further charges that this violation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii)(II).

///

///

///

**COUNT 4**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)**
**(18 U.S.C. § 924(c)(1)(A)(i))**

On or about May 18, 2021, in the District of Oregon, the defendant, **ULISES ECHEVARRIA-MOLINA**, unlawfully and knowingly possessed a firearm(s) in furtherance of drug trafficking crimes that may be charged in a court of the United States, namely the offenses charged in Counts 1, 2, and 3 of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**FIRST FORFEITURE ALLEGATION**

Upon conviction of any of the offenses set forth in Counts 1, 2, and 3 in this indictment, the defendant, **ULISES ECHEVARRIA-MOLINA**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any offense set forth in Counts 1, 2, and 3 of this indictment.

**SECOND FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 4, **ULISES ECHEVARRIA-MOLINA**, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm(s) and ammunition involved in that offense, including without limitation:

- One Sig Sauer .40 caliber pistol with serial number 24B122391
- Two magazines from Sig Sauer .40 caliber pistol

- Sixteen .40 caliber ammunition rounds
- One Colt pistol with serial number C151235
- One magazine from Colt pistol

Dated: May 19, 2022

A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:
SCOTT ERIK ASPHAUG
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney